A.L. AND B.L. v. P.A. AND M.A.

February 27, 1987.

Petition for certification denied.   (See 213 *N.J.Super.* 391)

DANIEL J. DALTON, ETC. v. THOMAS H. KEAN, ETC̄.

February 27, 1987.

Petition for certification denied.   (See 213 *N.J.Super.* 572)

DANIEL J. DALTON, ETC. v. THOMAS H. KEẢN, ETC.

February 27, 1987.

Cross-petition for certification denied.   (See 213 *N.J.Super.* 572).

GEORGE PRATT v. ROSE DI PASQUALE JAMES.

February 27, 1987.

Petition for certification denied.